IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Coston, Valerie M | Case Number: 07 B 12213 |
| | Judge: Hollis, Pamela S |
| Printed: 8/5/08 | Filed: 7/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: June 23, 2008
Confirmed: December 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,631.88 | |
| Secured: | | 0.00 |
| Unsecured: | | 562.75 |
| Priority: | | 0.00 |
| Administrative: | | 2,873.00 |
| Trustee Fee: | | 196.13 |
| Other Funds: | | 0.00 |
| Totals: | 3,631.88 | 3,631.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 2,873.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | National City Mortgage Co | Secured | 19,516.84 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 785.02 | 105.61 |
| 5. | Portfolio Acquisitions | Unsecured | 1,257.35 | 169.16 |
| 6. | Asset Acceptance | Unsecured | 181.87 | 24.47 |
| 7. | B-Real LLC | Unsecured | 501.64 | 67.49 |
| 8. | RoundUp Funding LLC | Unsecured | 884.31 | 118.97 |
| 9. | RoundUp Funding LLC | Unsecured | 368.41 | 49.56 |
| 10. | RoundUp Funding LLC | Unsecured | 204.36 | 27.49 |
| 11. | Collection System | Unsecured | | No Claim Filed |
| 12. | Bankfirst | Unsecured | | No Claim Filed |
| 13. | Bank Of America | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | BP Oil Co | Unsecured | | No Claim Filed |
| 16. | Collection System | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Collection System | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | H&F Law | Unsecured | | No Claim Filed |
| 24. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Coston, Valerie M | Case Number: 07 B 12213 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 8/5/08 | Filed: 7/9/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Collection System | Unsecured | | No Claim Filed |
| 27. | Liberty Point Corp | Unsecured | | No Claim Filed |
| 28. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 29. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 30. | Medical Collections | Unsecured | | No Claim Filed |
| 31. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 32. | Shell Oil Company | Unsecured | | No Claim Filed |

$ 26,572.80        $ 3,435.75

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 196.13 |

$ 196.13

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____